IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JONAH MICHAEL MARKER,

    Plaintiff,

v.

SGT. CHAUSE,

    Defendant.

JUDGMENT IN A CIVIL CASE

17-cv-467-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case with prejudice.

| /s/ | 8/9/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |